UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL SEIBERT,<br><br>    Plaintiff,<br><br>v.<br><br>THE RITZ CARLTON HOTEL COMPANY, LLC,<br><br>    Defendant. | Case No. 5:17-cv-03650-EJD<br><br>**PRETRIAL ORDER (JURY)** |

The parties to the above-entitled action appeared for a Trial Setting Conference on July 19, 2018. Based on the parties' Joint Trial Setting Conference Statement and the discussions held at the conference, the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Further Case Management Conference | 10:00 a.m. on September 20, 2018 |
| Updated Joint Case Management Conference Statement | September 13, 2018 |
| Fact Discovery Cutoff | December 31, 2018 |
| Designation of Opening Experts with Reports | December 3, 2018 |
| Designation of Rebuttal Experts with Reports | January 11, 2019 |
| Expert Discovery Cutoff | February 1, 2019 |
| Dispositive Motion Filing Deadline | February 15, 2019 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on March 28, 2019 |
| Final Pretrial Conference | 11:00 a.m. on June 6, 2019 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | May 23, 2019 |

United States District Court
Northern District of California

| Voir Dire Questions, Proposed Jury Instructions, Oppositions to Motions *in Limine* and Proposed Jury Verdict Forms | May 27, 2019 |
|---|---|
| Trial Exhibits | June 11, 2019 |
| Jury Selection | 9:00 a.m. on June 18, 2019 |
| Jury Trial | June 18-19, 2019; June 21, 2019; June 25-26, 2019 |
| Jury Deliberations | June 26-28, 2019 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court, with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: July 19, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-03650-EJD
PRETRIAL ORDER (JURY)